IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-02938-WJM-BNB | Date: July 25, 2013 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| CHARLES C. ADAMS JR<br>**Plaintiff(s)** | *James A. Jablonski* |
| v. | |
| GRAND SLAM CLUB/OVIS<br>DENNIS CAMPBELL<br>THOMAS L. MIRANDA JR<br>**Defendant(s)** | *Marc C. Levy*<br>*Syed M. Abedi* |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 10:29 a.m.

Appearance of counsel. Discussion held on compliance with Local Rule 7.1A.

Argument presented on [43] Motion to Compel Responses to Discovery.

For reasons stated on the record it is,

**ORDERED:  [43] Motion to Compel Responses to Discovery is GRANTED IN PART and DENIED IN PART.**

       **Documents and responses are to be produced, as indicated, on or before August 15, 2013.**

Scheduling Order deadlines are modified as follows:

Plaintiff's expert report as to damages due by September 2, 2013, rebuttal expert report as to damages due by October 2, 2013.

Discovery cut-off:  November 1, 2013.

Dispositive Motion Deadline:  December 2, 2013.

Court in Recess:  12:09 p.m.   Hearing concluded.    Total time in Court:  01:40

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119