IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02938-WJM-BNB

CHARLES C. ADAMS, JR., an individual,

Plaintiff,

v.

GRAND SLAM CLUB/OVIS, an Alabama corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Modify the Scheduling Order** [docket no. 49, filed October 23, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **November 26, 2013**, solely for the purpose of taking the depositions of William Vincent and Fred Eichler.

DATED:   October 24, 2013