IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02938-WJM-BNB

CHARLES C. ADAMS, JR., an individual,

Plaintiff,

v.

GRAND SLAM CLUB/OVIS, an Alabama corporation,

Defendant.

_____

## ORDER
_____

This matter arises on the defendant's **Motion to Modify Scheduling Order to Permit Deposition of Easton Technical Products, Inc.** [Doc. # 52, filed 10/24/2013] (the "Motion"). I am persuaded that the defendant reasonably relied on representations of plaintiff's counsel that Easton Technical Products, Inc. ("Easton"), had been subpoenaed to give its deposition and, in reliance on those representations, the defendant refrained from serving its own subpoena. Although plaintiff's counsel may change his mind about whether he will depose Easton, his representations that a subpoena was in place and that the deposition would proceed constitute good cause to extend the discovery cut-off and to allow the defendant to subpoena and depose Easton.

IT IS ORDERED:

(1) The Motion [Doc. # 52] is GRANTED;

(2) The discovery cut-off is extended to and including December 30, 2013, solely to allow the defendant to subpoena and depose Easton;

(3)     The final pretrial conference set for December 19, 2013, at 9:30 a.m., is VACATED and RESET to February 10, 2014, at 9:00 a.m.  The proposed final pretrial order shall be prepared by the parties and submitted no later than February 3, 2014.

(3)     Local rule of practice 30.1, D.C.COLO.LCivR, is modified with respect to the deposition of Easton to provide that reasonable notice for the taking of the deposition shall be not less than five calendar days; and

(4)     The hearing on the Motion scheduled for this afternoon at 1:30 p.m., is VACATED.

Dated November 19, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge