IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02938-WJM-BNB

CHARLES C. ADAMS, JR., an individual,

Plaintiff,

v.

GRAND SLAM CLUB/OVIS, an Alabama corporation,

Defendant.

_____

## ORDER
_____

The parties appeared this morning for a final pretrial conference. The proposed Final Pretrial Order is REFUSED for the reasons stated on the record.

IT IS ORDERED:

(1) The parties shall submit a revised proposed final pretrial order on or before **February 24, 2014**, modified as discussed this morning; and

(2) Copies of listed exhibits must be provided to opposing counsel no later than **March 31, 2014**. The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the clerk and served electronically on opposing counsel no later than **April 18, 2014**.

Dated February 10, 2014.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge