## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

12-cv-02938-WJM-BNB

CHARLES C. ADAMS, JR., an individual,

     Plaintiff,

v.

GRAND SLAM CLUB/OVIS, an Alabama corporation,

     Defendant.

_____

## STIPULATION AND [PROPOSED] ORDER DISMISSING LAWSUIT WITH PREJUDICE

     Plaintiff Charles C. Adams, Jr. and, Grand Slam Club/Ovis, hereby stipulate and agree

that all claims and counterclaims asserted in the above-captioned lawsuit between Plaintiff and

Defendant be dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.


CONSENTED AND STIPULATED TO:

| | |
|---|---|
| Law Office of James A. Jablonski | Faegre Baker Daniels LLP |
| /s  James A. Jablonski | /s Marc C. Levy |
| _____ | _____ |
| James A. Jablonski | Marc C. Levy |
| 1801 Broadway, #1100 | 3200 Wells Fargo Center |
| Denver, CO | 1700 Lincoln Street |
| (303) 962-8615 | Denver, CO 80203-4532 |
| | |
| | /s Kevin S. Costanza |
| | _____ |
| | Kevin S. Costanza |
| | Michael J. Freno |
| | Seed IP Law Group PLLC |
| | 701 Fifth Avenue, #5600 |
| | Seattle, WA 98104 |
| | (206) 622-4900 |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that all claims and counterclaims asserted in the above-captioned lawsuit between Plaintiff Charles C. Adams, Jr. and Defendant, Grand Slam Club/Ovis are dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

SO ORDERED this _____ day of _____, 2014.

_____

Judge of the United States District Court

2